**Alvaro QUEZADA, Plaintiff— Appellant,**

v.

**A. HEDGPETH; et al., Defendants— Appellees.**

**No. 08–15919.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 6, 2008.*

Filed Oct. 15, 2008.

Alvaro Quezada, Delano, CA, pro se.

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby sum-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

marily affirms the district court's order denying appellant's request for preliminary injunctive relief because the district court dismissed appellant's complaint prior to service. *See* Fed.R.Civ.P. 65(a)(1) (court may issue preliminary injunction only on notice to adverse party); *see also United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record); *WMX Techs., Inc. v. Miller,* 104 F.3d 1133, 1136 (9th Cir.1997) (dismissal of complaint with leave to amend is not appealable).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.